IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                                              CHAPTER 7

MICHAEL CAMARDELLE                                  CASE NO. 05-05818-EE

**RULE 3011 LIST
OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS**

  **COMES NOW**, **Eileen N.  Shaffer**, Trustee, by and through her attorney, pursuant to 11

U.S.C. § 347 and Rules 3010(a) and 3011  FRBP, and files the following Rule 3011 List of

Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Michael Camardelle | 124 Devlin Springs Drive, Madison, MS 39110 | $455.47 |

  1. Check No. 105 was mailed to the debtor on November 8, 2006 but has never

cleared the account, and the trustee has stopped payment.

  2. The trustee and the debtor's attorney have made every effort to obtain a current

address and the debtor's telephone number is no longer valid.

  **WHEREFORE, PREMISES CONSIDERED**, Eileen N. Shaffer, Trustee, respectfully

submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be

received and filed.

DATED: August 6, 2007

        Respectfully submitted,

        CHAPTER 7 TRUSTEE


        /s/ Eileen N. Shaffer
        EILEEN N. SHAFFER
        Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

### CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Hartwell T. Ashford, Esq.
101-B Woodchase Park Dr.
Clinton, MS 39056

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS  39269-1602

**SO CERTIFIED** this the   6th   day of    August   , 2007.


/s/ Eileen N. Shaffer
EILEEN N. SHAFFER